No. 4,437.—STATE EX REL. MAMIE E. FORCUM, APPELLANT, v. S. C. BIBEE, RESPONDENT.

*Appeal from the District Court of Flathead County; J. A. Thompson, Judge.*

Decided September 9, 1919.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is this day granted, and the appeal is accordingly dismissed.

*Messrs. Brennen & Kendall* and *Messrs. Noffsinger & Walchli,* for Respondent.

---

No. 4,427.—LOUIS PEPIN, APPELLANT, v. EDWARD T. BROADWATER, EXECUTOR, RESPONDENT.

No. 4,428.—LOUIS PEPIN, APPELLANT, v. EDWARD T. BROADWATER AND ELIZABETH MEYER, RESPONDENTS.

*Appeals from District Court of Hill County in the Eighteenth Judicial District; John A. Matthews, Judge of the Fourteenth District, presiding.*

Decided September 15, 1919.

PER CURIAM.—The appeals in the above-entitled causes are this day, by stipulation of the parties, dismissed.

*Mr. Wellington D. Rankin,* for Appellant.

*Mr. L. V. Beulieu, Mr. A. F. Lamey* and *Messrs. Norris & Hurd,* for Respondents.